**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILMER QUIALA-FONSECA, | Case No. 1:26-cv-05947 JLT EGC |
| Petitioner, | A- Number: 233-179-143 |
| v. | ORDER DISMISSING PETITION AS DUPLICATIVE AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| TODD BLANCHE, et al. | |
| Respondents. | |

Wilmer Quiala-Fonseca, an immigration detainee, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 29, 2026. (Doc. 1.) The petition filed is identical to a petition previously filed in Case No. 1:26-cv-05818 JLT EGC on June 27, 2026, which remains pending before the Court.[1] As the petition includes the same claims and seeks the same relief, the matter is duplicative. The Court **ORDERS**:

1.    The petition is **DISMISSED** as duplicative of Case No. 1:26-cv-05818 JLT EGC.

2.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  _August 2, 2026_

_____
UNITED STATES DISTRICT JUDGE

---

[1] With the exception of the date found at the conclusion of the petitions, the documents are completely identical.

1